UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARMATINO et al,

                Plaintiffs,

        v.

3M COMPANY et al,

                Defendants.

No.  25-CV-9020 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the transfer of this matter, the conference previously scheduled for December 5, 2025 is hereby adjourned *sine die*.

SO ORDERED.

Dated:    December 1, 2025
            New York, New York

 

                                       Ronnie Abrams
                                       United States District Judge